# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2007

133955(27)(28)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

BRIAN NUCKOLS,
      Claimant-Appellant,

v

                               SC: 133955
                               COA: 277137
                               Oakland CC: 2006-078132-AE

BLUE CROSS BLUE SHIELD
OF MICHIGAN,
      Defendant,

and

DEPARTMENT OF LABOR &
ECONOMIC GROWTH/
UNEMPLOYMENT AGENCY,
      Appellee.

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The motion for reconsideration of this Court's June 26, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007 _____

d0830                                        Clerk